UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALDOUPHUS GUICE,

    Plaintiff,

v.                                CASE NO. 8:20-cv-117-T-23JSS

POZIN ENTERPRISES, INC.,

    Defendant.
_____/

## ORDER

The plaintiff moves (Doc. 32) to withdraw Sarah Waters as lead attorney because "Waters is no longer an attorney" at the law firm representing the plaintiff. However, a law firm enjoys no license to practice law, nor can one lawyer move to "withdraw" another. Under Local Rule 2.03(b), the lawyer withdrawing must move to withdraw. The motion (Doc. 32) to withdraw is **DENIED WITHOUT PREJUDICE**.

ORDERED in Tampa, Florida, on September 4, 2020.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE