UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALDOUPHUS GUICE,

    Plaintiff,

v.                                        CASE NO. 8:20-cv-117-T-23JSS

POZIN ENTERPRISES, INC.,

    Defendant.
_____/

## ORDER

Sarah Waters moves (Doc. 34) to withdraw as counsel for the plaintiff because the firm representing the plaintiff discharged Waters. Also, Waters requests "that this Court reserve jurisdiction following any verdict or settlement in this matter for the purpose of potentially executing a charging lien." (Doc. 34 at 2) Finally, she requests entry of an order requiring both the new lead counsel and the other plaintiff's counsel to notify Waters after resolution of this action.

Waters' motion (Doc. 34) is **GRANTED-IN-PART**. Although her requests for both retention of jurisdiction and an order requiring counsel to notify Waters after resolution of this action are **DENIED**, Waters is **WITHDRAWN** from this action. The clerk is directed to remove Waters from the service list.

ORDERED in Tampa, Florida, on November 6, 2020.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE