UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADOULPHUS GUICE,

    Plaintiff,

v.                                         CASE NO. 8:20-cv-117-T-23JSS

POZIN ENTERPRISES, INC.,

    Defendant.
_____/

**ORDER**

Both Allison Simpson and Michael Hargett move unopposed (Docs. 49, 50) to withdraw as counsel for the defendant. The motions (Docs. 49, 50) are **GRANTED**, and the clerk is directed to remove Simpson and Hargett from the service list.

ORDERED in Tampa, Florida, on January 7, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE