UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALDOUPHUS GUICE,

    Plaintiff,

v.   CASE NO. 8:20-cv-117-T-23JSS

POZIN ENTERPRISES, INC.,

    Defendant.
_____/

## ORDER

Pozin Enterprises, Inc., submits an unopposed motion (Doc. 57) to extend the time within which to respond to the second amended complaint. The motion (Doc. 57) is **GRANTED**. Not later than **MARCH 18, 2021**, Pozin Enterprises must respond to the complaint. The duplicate motion (Doc. 56) to extend the time within which to respond to the second amended complaint is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on March 4, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE